Case 1:15   cv 24728
        Ericka reyes  -  Due Clemente

Please   notice

that  I don't reside

in  Florida anylonger.

All  comunications  should be

        directed  to


Dre  Clemente

   c/ Juan  Ramon Jiménez 52

       28411 Morazarzal

       Madrid  Spain

FILED by ___ D.C.

MAY 17 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI



DOUBLETREE BY HILTON KUALA LUMPUR
DOUBLETREE BY HILTON KUALA LUMPUR SDN. BHD. (Company Registration No: 1087061-K)
For and on behalf of HIRANANDANI HOTELS SDN. BHD. (Company Registration No: 1087061-K)
GST Registration No. 000 546 590 720
The Intermark, 348 Jalan Tun Razak, 50400 Kuala Lumpur, Malaysia.
T +60 3 2172 7272  F +60 3 2172 7270
KL.DoubleTreebyHilton.com
KULDT.DoubleTreeKL@hilton.com

HILTON
HHONORS

From: (Please affix to reverse of Item)

From: (Please affix to reverse of Item)

100% POST CONSUMER RECYCLED PAPER